

MEMO ENDORSED

December 13, 2023

DIANNA D MCCARTHY
DIRECT: 646.367.6716
DMCCARTHY@KBRLAW.COM

BY ECF

Hon. Nelson S. Roman
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2023
```

Re: *Gene Moretti v. Luxury Cars of Westchester LLC, DARCARS Lexus of Mount Kisco, DARCARS of Kisco Avenue, Inc., DARCARS of Mt. Kisco, Inc., DARCARS Automotive Group,* and *Mariam Inc.*
Civil Action No.: 23-cv-06067- NSR

Dear Judge Roman:

We represent Luxury Cars of Westchester LLC ("Luxury Cars") in the above-referenced matter. We write, with consent of Plaintiff's counsel, to request a stay of discovery pending a decision on the Motion to Dismiss to be filed by co-defendant DARCARS on December 19, 2023, ECF 36. The Case Management Plan and Scheduling Order is presently due on December 28, 2023, ECF 39.

Thank you for your consideration.

Sincerely,

KAUFMAN BORGEEST & RYAN LLP,
Counsel for Luxury Cars of Westchester LLC

By: */s/ Dianna D. McCarthy*

Dianna D McCarthy

cc: Philip H. Seelig, Matthew Porcaro, Attorneys for Plaintiff

**Defendant Luxury Cars's request is GRANTED. Discovery deadlines are stayed pending the Court's decision on the DARCARS Defendants' motion to dismiss. The Clerk of the Court is directed to terminate the motion at ECF No. 41.
Dated: December 14, 2023
       White Plains, NY**

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE