**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GENE MORETTI,

                Plaintiff,

   -against-                                       23 **CIVIL** 6067 (NSR)

                                                         **JUDGMENT**

LUXURY CARS OF WESTCHESTER LLC,
DARCARS LEXUS OF MOUNT KISCO,
DARCARS OF KISCO AVENUE, INC.,
DARCARS OF MT. KISCO, INC., DARCARS
AUTOMOTIVE GROUP, and MARIAM INC.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 07, 2025, the Court has no reason to believe that Plaintiff ever intended to file a Third Amended Complaint or unintentionally missed the deadline, particularly when Plaintiff availed himself of several past opportunities to file a complaint. Accordingly, Plaintiff's failure to file a Third Amended Complaint by the court-ordered deadline favors dismissal of this action with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       October 8, 2025

                                                                 **TAMMI M. HELLWIG**
                                                                    Clerk of Court

                                     **BY:** 

                                                                      Deputy Clerk